AO 93 (Rev. 12/09) Search and Seizure Warrant  (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT
for the
Central District of California

**ORIGINAL**

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 2:18-MJ-03085
6223 TANGLEWOOD STREET, )
LAKEWOOD, CALIFORNIA )
)

## SEARCH AND SEIZURE WARRANT

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Central___ District of ___California___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property. Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before ___14 days from the date of its issuance___
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 11/20/2018 at noon    _____
                                             *Judge's signature*

City and state: Los Angeles, California    Honorable John E. McDermott, U.S. Magistrate Judge
                                           *Printed name and title*

AUSA: Andrew Brown, 11th Floor, x0102

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:18-MJ-03085 | 11/28/2018   6:30 AM | LEFT IN LIVING ROOM |

Inventory made in the presence of:
SA WALLY TSUI, USPS OIG AND SA ERIC GERBRANDS

Inventory of the property taken and name of any person(s) seized:
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

SEE ATTACHED - INVENTORY OF HOUSE ITEMS - CASE 16UILB3388CF03CF - 2 PAGES
- INVENTORY OF SAFE CONTENTS - CASE 16UILB3388CF03CF - 2 PAGES

### Certification (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 12/3/18

Executing officer's signature

BRIAN A. RUDOLPH, SPECIAL AGENT, USPS OIG
Printed name and title

# OFFICE OF INSPECTOR GENERAL
UNITED STATES POSTAL SERVICE

## SEARCH WARRANT INVENTORY FORM

HOUSE PAGE 1

### SEARCH WARRANT INFORMATION:

| | |
|---|---|
| Case Number: | 16UILB3388CF03CF |
| Item(s) Obtained By: | MANUAL SEARCH |
| Search Warrant: | Yes☒ No☐ |
| Consent Search: | Yes☐ No☒ |
| Personal Effects: | Yes☒ No☐ |
| Vehicle: | Yes☐ No☒ |
| Search Incident to Arrest: | Yes☐ No☒ |
| Other (Specify): | Click here to enter text. |

### COMPANY INFORMATION:

| | |
|---|---|
| Company Name: | USPS – PARAMOUNT POST OFFICE 90723 |
| Individual Name: | JUAN CAUDILLO – BULK MAIL CLERK |

### VEHICLE INFORMATION:

| | | | |
|---|---|---|---|
| Vehicle ID: Click here to enter text. | Year: enter text here | Make: enter text here | Model: enter text here |
| Color: enter text here | | Plate #: enter text here | |
| VIN: enter text here | | Date of Inventory: 11/28/2018 | |

Special Agent: WALLY TSUI – EVIDENCE CUSTODIAN

Search Location: 6223 TANGLEWOOD ST., LAKEWOOD, CA 90713

| ITEM NUMBER: | DESCRIPTION OF ITEMS |
|---|---|
| 1 | Image of Apple iPhone |
| 2 | Bulk – Financial-Real Estate documents (D-Bed) |
| 3 | Bulk – Financial statements/Mail in manila envelope (C-Night Stand) |
| 4 | Bulk – Bank statements/Tax bills/Mail/Receipts (C-Night Stand) |
| 5 | Toshiba Satellite Laptop – Black w/ SN: 99230852Q (C-Bed) |
| 6 | Currency - $7300 in pouch ($100 denominations) (C-Big dresser top drawer) |
| 7 | Currency - $7000 ($100 denominations) (C-Big dresser 2nd drawer) |
| 8 | Bulk – Financial statements/Receipts (B- Front Closet) |
| 9 | 3 Pro Mag 30-round high capacity magazines (C-Closet) |
| 10 | Arsenal Rifle Model SAM7UF 7 Cal. w/ SN: BA545008 w/ scope in carrier (C-Closet) |
| 11 | 5 Wells Fargo Receipts/2 CA ID/2 Gift Cards/6 Bank CC/1 USPS Purchase Card (Person) |
| 12 | Currency - $20,221 (C-Small dresser rt. Drawer) |
| 13 | Mexico Passport/2 mail/2 receipts (A-Lunchbox) |
| 14 | Wells Fargo Checkbook w/ Check No. 5340 (A-Lunchbox) |
| 15 | Currency - $2154 (Person) |
| 16 | 1 MX Passport/3 US Passports/Wanda Weaver voided check no. 4786/Naturalization Cert. No 25542077/Juan Caudillo SS Card/Wanda Weaver SS Card/Juan Caudillo CA ID/ Juan Caudillo US Passport Card/Juan Enrique Caudillo Cifuentes MX Voter's Card/Juan Enrique Caudillo Cifuentes MX Driver's License/Bank of America Checking Account Card/2 US Bank receipts/Wells Fargo Bank Statement 9 Pgs./3 Handwritten notes/USPS Money Order Receipt for $1500 in Spanish. |
| 17 | 7 handwritten notes (Person) |

**RESTRICTED INFORMATION INVENTORY FORM**: This report is furnished on an official need to know basis and must be protected from dissemination which may compromise the best interest of the U.S. Postal Service Office of Inspector General. This report must not be released or disseminated to other parties without prior consultation with the Office of Inspector General. Unauthorized release may result in criminal prosecution.

# OFFICE OF INSPECTOR GENERAL
UNITED STATES POSTAL SERVICE

## SEARCH WARRANT INVENTORY FORM

HOUSE PAGE 2

| text. | Click here to enter text. | |
|---|---|---|
| 18 | 4 US Bank Checks totaling $20,861.38 (Person) | |
| 19 | Black Gun Safe w/ unknown content (C-Closet) | |
| 20 | Sentry Safe w/ SN: S0310AN282099* - Lt. Tan (C-Closet) | |

| DISTRIBUTION OF COPIES: | | |
|---|---|---|
| Case File | Yes ☒ | No ☐ |
| Agent File | Yes ☐ | No ☒ |
| Subject | Yes ☒ | No ☐ |
| Magistrate | Yes ☒ | No ☐ |

| RESTRICTED INFORMATION INVENTORY FORM | This report is furnished on an official need to know basis and must be protected from dissemination which may compromise the best interest of the U.S. Postal Service Office of Inspector General. This report must not be released or disseminated to other parties without prior consultation with the Office of Inspector General. Unauthorized release may result in criminal prosecution. |
|---|---|

# OFFICE OF INSPECTOR GENERAL
## UNITED STATES POSTAL SERVICE

**SEARCH WARRANT INVENTORY FORM**

SAFE PAGE 1

| SEARCH WARRANT INFORMATION: | | | | |
|---|---|---|---|---|
| Case Number: | 16UILB3388CF03CF | | | |
| Item(s) Obtained By: | Search of safe seized from Juan Caudillo's residence during a search warrant | | | |
| Search Warrant: | Yes ☒  No ☐ | Consent Search: | Yes ☐  No ☒ | |
| Personal Effects: | Yes ☐  No ☒ | Vehicle: | Yes ☐  No ☒ | |
| Search Incident to Arrest: | Yes ☐  No ☒ | Other (Specify): Click here to enter text. | | |

| COMPANY INFORMATION: | |
|---|---|
| Company Name: | USPS – Paramount Post Office 90723 |
| Individual Name: | Juan Caudillo – Bulk Mail Clerk |

| VEHICLE INFORMATION: | | | |
|---|---|---|---|
| Vehicle ID: Click here to enter text. | Year: enter text here | Make: enter text here | Model: enter text here |
| Color: enter text here | | Plate #: enter text here | |
| VIN: enter text here | | Date of Inventory: enter text here | |
| Special Agent: **SAs Brian A. Rudolph and Eric Gerbrands** | | | |
| Search Location: USPS OIG Office, 300 Long Beach Blvd, 2nd Floor, Long Beach CA 90802 | | | |

| ITEM NUMBER: | DESCRIPTION OF ITEMS |
|---|---|
| 1 | Blue box with writing on face "American Eagle Gold Bullion Coins Proof Set" containing 2003 Gold American Eagle Fifty Dollar coin, twenty five dollar coin, ten dollar coin and five dollar coin.   Sealed in a bag marked BAR & EG 11/29/18 |
| 2 | Blue coin box containing a coin bearing the writing "Seven Dollar Redeemable Cash Value Circus Circus" on one side and "Seven Dollar Redeemable Cash Value .999 fine silver Circus Curcus Hotel Casino Reno, Nevada" on the other.   Sealed in a bag marked BAR & EG 11/29/18 |
| 3 | Maroon coin box containing a coin bearing the writing ""Liberty In God We Trust 1987" on one side and "United States of America 1 oz. fine silver one dollar" on the other.  Sealed in a bag marked BAR & EG 11/29/18 |
| 4 | Maroon box with writing on face "American Eagle One Ounce Proof Silver Bullion Coin" containing seven coins described as 1: gold in color coin bearing writing "estados unidos mexicanos" on one side and "1986 copa mundial de futbol Mexico 86 $250" on the other; 2: gold in color coin bearing "estados unidos mexicanos" on one side and "1985 450 anos de la casa de monedo Mexico 86 copa mudial de futbol $250 on the other; 3: gold in color coin bearing writing "estados unidos mexicanos" on one side and "1986 copa mundial de futbol Mexico 86 $500 on the other; 4: gold in color coin bearing writing "estados unidos mexicanos" on one side and "450 anos de la casa de moneda 1985 Mexico 86 $500" on the other; 5: Silver in color coin bearing writing "una onza troy de plata pura peso 33.625 gramos" on one side and "casa de moneda de mexico 1979" on the other; 6: silver in color coin bearing writing ".999 plata pura 2 onzas" on one side and "Azteca cuauhtemoc" on the other; 7: gold in color coin bearing writing "dos y medio pesos 1945" on one side and "estados unidos mexicanos" on the other.   Sealed in a bag marked BAR & EG 11/29/18 |
| 5 | Brown and gold box with writing on face "The Engagement Ring Store John Crandall Jewelers" containing five gold in color metal necklace type chains; two gold in color metal heart shaped pendants; one gold in color metal pendant bearing writing "Elia"; one gold |

**RESTRICTED INFORMATION INVENTORY FORM** — This report is furnished on an official need to know basis and must be protected from dissemination which may compromise the best interest of the U.S. Postal Service Office of Inspector General. This report must not be released or disseminated to other parties without prior consultation with the Office of Inspector General. Unauthorized release may result in criminal prosecution.

IGM 303.10-02                                                Page 1 of 3                                                12/2016

SAFE PAGE 2

| | |
|---|---|
| Click here to enter text. | Click here to enter text. |
| 5 continued | In color pendant bearing writing "# 1 DAD"; one gold in color metal ring with a clear stone mounted on it; one silver colored coin bearing writing "estados unidos mexicanos 25 ley 0.720" on one side and "juegos de la xix olimpiada mexico 1968" on the other; and one silver colored coin bearing writing "estados unidos mexicanos 0.720" on one side and "50 centavos 1925" on the other" Sealed in a bag marked BAR & EG 11/29/18 on the other |
| 6 | Plastic zip lock bag containing one gold in color metal necklace with a medalian bearing the writing "estados unidos mexicanos" on one side and "50 pesos 37.5 gr oro puro 1821 1945"; a plastic bag containing two gold color metal rings and a gold color metal bracelet; a gold colored metal pendant with a photo locket; a gold in color metal ball shaped pendant; a gold in color gold metal braclet; a yellow envelope containing a gold in color metal bralet; a plastic bag containing a gold in color metal bracelet and a gold in color metal ring; a plastic bag containing three pairs of gold in color metal ear rings and two gold in color metal rings; a plastic bag containing a gold in color metal broach which is broken in two pieces; a plastic bag containing a pair of gold in color metal ear rings and two gold in color metal rings, a gold in color metal bracelet and a gold in color metal necklace which are connected by a plastic band with a tag bearing the writing "22/12/2006 58176399 $6,000" and writing in Spanish appearing to describe the items. Sealed in a bag marked BAR & EG 11/29/18 |
| 7 | A gold in color metal piece of jewelry in the shape of a hand grenade with numerous clear stones attached to it.   Sealed in a bag marked BAR & EG 11/29/18 |
| 8 | A gold color box containing three gold in color metal rings.   Sealed in a bag marked BAR & EG 11/29/18 |
| 9 | Blue box containing a gold in color metal ring with a blue stone mounted on it.   Ring bears a tag marked 758.31   Sealed in a bag marked BAR & EG 11/29/18 |
| 10 | Six pies of torn plastic tied to contain a unknown white substance.   Combined weight of 2.3 grams.   Sealed in a bag marked BAR & EG 11/29/18 |
| 11 | Miscellaneous pieces of paper and photos found in the safe.   Sealed in a bag marked BAR & EG 11/29/18 |
| 12 | $663,231.05 in U.S. Currency.   Sealed in two bags marked BAR & EG 11/29/18 |
| enter text | Click here to enter text. |
| enter text | Click here to enter text. |
| enter text | Click here to enter text. |
| enter text | Click here to enter text. |
| enter text | Click here to enter text. |
| enter text | Click here to enter text. |
| enter text | Click here to enter text. |

**DISTRIBUTION OF COPIES:**

| | | |
|---|---|---|
| Case File | Yes ☒ | No ☐ |
| Agent File | Yes ☒ | No ☐ |
| Subject | Yes ☐ | No ☒ |
| Magistrate | Yes ☒ | No ☐ |

**RESTRICTED INFORMATION INVENTORY FORM** — This report is furnished on an official need to know basis and must be protected from dissemination which may compromise the best interest of the U.S. Postal Service Office of Inspector General. This report must not be released or disseminated to other parties without prior consultation with the Office of Inspector General. Unauthorized release may result in criminal prosecution.